UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WAYNE BONILLA,<br>　　　　Plaintiff,<br>　　v.<br>BRUCE ORTEGA, et al.,<br>　　　　Defendants. | Case No. 15-cv-01852-VC<br><br>**JUDGMENT** |

　　　　For the reasons stated in the order Denying Bonilla's Motion to Proceed In Forma Pauperis and Dismissing Complaint with Prejudice, this case is dismissed with prejudice. Judgment is entered accordingly.

　　　　The Clerk shall close the file.

　　　　**IT IS SO ORDERED**.

Dated: April 29, 2015

_____
VINCE CHHABRIA
United States District Judge